

FILED
U.S. District Court
District of Kansas

FEB 06 2015

Clerk, U.S. District Court
By_____ Deputy Clerk

# AFFIDAVIT OF FACT
January 12, 2015

15-MC-101-EFM

Comes now, Paulette Williams, (hereinafter "Affiant") being competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein states that Affiant has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of Affiants knowledge and belief.

- December 17, 2014 Affiant was driving my conveyance with American National private tags coming from the State Department in DC going to visit my doctor in Arlington, Virginia when Affiant was pulled over by US Secret Service Police John Hohman for not having DC tags.
- Affiant explained to the law enforcement person about why the tags would not be in the system and agent Hohman asked for identification. Affiant gave him world passport, American National photo card and authenticated documents for my photo card and tags from State Department in DC. Agent Hohman confiscated them and never gave them back along with the liability cards (2) for insurance.
- The agent Hohman said they were fraudulent and asked the Affiant to step out of the vehicle. The Affiant said 'NO' nothing was wrong. Hohman tried to talk to the Affiant to make the Affiant come out of the conveyance. When that did not work Hohman called in a female officer J. Bandy to talk to the Affiant. The Affiant told J. Bandy female officer 'NO' also.
- There were about 10 officers surrounding my vehicle with guns, tasers and mace. The Affiant told the agents NO not leaving the conveyance because the Affiant was terrified with all the innocent people in the news being killed by police. The Affiant was fearful for life.
- The Affiant was told to exit the vehicle or the agents would break the windows and the Affiant said do not do that. The agents repeatedly kept threatening to break the window if the Affiant did not come out.
- Officer Cahill blocked Affiant in with his cruiser and then came over and asked Affiant to exit the vehicle. The Affiant said 'NO' to him also. The Affiant had a friend Willie McGhee an American National member listening in on the whole conversation. The agent Cahill said he couldn't hear and I happen to roll down the window just a little and he stuck his arm through my window and unlocked my door. These people starting pulling me out of my conveyance and the Affiant told them 'DO NOT PULL the Affiant can get out without being pulled out.'
- The Affiant told the agents do not consent to the agents searching the conveyance. They did it anyway and did not have a search warrant therefore violating Amendment 4 of the Bill of Rights. The agents stole the documents the Affiant just got back from the State Department which were 2 authenticated birth certificates, 2 certificates of expatriation, 14th Amendment Expatriation document.
- The Affiant was handcuffed and taken to District 2 where the Affiant had to be moved because of busted pipes. The female officer took the glasses and hat off of the Affiant. The Affiant told female officer that the glasses were needed to see. The Affiant pleaded with female officer to give the glasses and to loosen the handcuffs because they were too tight. The Affiant was healing from a surgery on my right arm that the Affiant had months ago, but female agent was so conditioned that female agent ignored Affiant completely.
- So District 3 was the next stop and two State Department agents came down to ask questions since the Affiant had authenticated documents from their department and Central was the last stop for the arraignment on Day 2 around 3:00 p.m.

- The agents found a stung gun in the conveyance and charged me with a destructive weapon. That item was in the conveyance for over a year with no charge; however the Affiant had it for protection. The Affiant had forgotten that it was in the car. The agents stopped the Affiant on not having tags that are not in the system and decided to use that item to charge the Affiant with something since the agents had nothing on the Affiant.
- After the arraignment the Affiant left on own recognizance. The Affiant car was towed and impounded so the Affiant had to get back to District 3 to pick up tje possessions via a wristband whereas one can ride their public transportation for free.
- While going from facility to facility the Affiant was searched at least five times by a female officer in which the Affiant did not consent and there was no warrant. The Affiant told the male officer that took the fingerprints that the Afffiant do not consent and protest under threat, duress and coercion. The officer took fingerprints at District 3 anyway.
- The Affiant was told to take a urine test at Central and did not consent. The Affiant was told that the officer would be back to get urine test and the Affiant would tell the correction officer no consent.

The affiant further sayeth naught,

*Paulette Williams*

# AFFIDAVIT OF FACT

*January 12, 2015*

Comes now, Paulette Williams, (hereinafter "Affiant") being competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein states that Affiant has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of Affiants knowledge and belief.

- This is an unalienable/substantive rights complaint against the TSA personnel working for the Phoenix Sky Harbor International Airport. The following TSA personnel are Lisa Christensen a Customer Support Manager, Tim Conroy Supervisor, Stu Martin Supervisor, Ronald Bessler Behavior Detection Officer, STSO Ayers # 67347, Maria Cruz lead officer, and Judy Bassham TSA agent.
- The Affiant was going to visit brother and nephew in New York on September 22, 2014 when the Affiant was denied entry to TSA Pre Checkpoint. The Affiant arrived at Phoenix Sky Harbor International Airport Terminal 4 Gate A around 11:00 a.m. for the 12:40 p.m. flight and was told that the American National traveler photo card was not an accepted form of id (see letter sent to Lisa Christensen with picture of American National photo card). This photo card was authenticated by State Department in Washington, DC with the authentication number 14051874-13. The photo card is certified by John F. Kerry, Secretary of State under the Seal of the District of Columbia and that such seal is entitled to **FULL FAITH AND CREDIT**.
- See **Article IV, Section 1 of the US Constitution** as follows: *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."* Freedom of movement, mobility rights or the **right to travel** is a human right concept that the constitutions of numerous states respect. It asserts that a citizen of a state in which that citizen is present has the liberty to travel, reside in, and/or work in any part of the state where one pleases within the limits of respect for the liberty and rights of others and to leave that state and return at any time. The **International Bill of Human Rights (A) Universal Declaration of Human Rights - Article 13** talks about freedom of movement where *(1) Everyone has the right to freedom of movement and residence within the borders of each State. (2) Everyone has the right to leave any country, including his own, and to return to his country.*
- The Affiant then showed the World Passport which was not accepted either. The Affiant was asked if there was another id. The Affiant showed other forms of id cards that were not accepted either. The Affiant was told a driver's license or U.S. Passport was needed.
- The Affiant was told that they would accept, however the TSA website has several ids that are accepted and the Affiant had several such as the American National traveler photo card. The Affiant being a private noncitizen traveling from Phoenix to New York and not a 14th amendment citizen; therefore was not subject to the jurisdiction of the corporate United States. **The Affiant was NOT conducting commerce of any kind carrying goods from Phoenix to New York which requires one to have a driver's license.** The Affiant told the TSA supervisors at the Phoenix Sky Harbor International Airport, Tim Conroy and Stu Martin along with Ronald Bessler, a behavior detection officer that my prior U.S. Passport was sent to Department of State along with my other id documents. A TSA agent by the name of Brian Keifenfeim was very helpful by trying to see if he could resolve the issue because he overheard the conversation **(the only one in my**

**opinion with common sense**); however the supervisors were on some kind of authoritative mindset and or wanted to usurp their authority and common sense was just never present with them.

- The Affiant was respectful, calm and polite and just wanted to pass through without any interruptions. The TSA altered travel plans by keeping the Affiant from meeting up with brother and nephew who (by the way live in Fairbanks, Alaska and don't get a chance to see each other physically). The Affiant was to help enroll nephew in New York Film Academy (NYFA) in Manhattan, NY and spending precious time with family is something that the Affiant can never get back due to TSA incompetence. This was to be a special moment for the family because the nephew graduated from high school and now entering the college scene was something very special in his life. The family all wanted to be a part of that and the Affiant never got a chance to experience that because someone wanted to flex their so-called power in being an incompetent and took that away from the Affiant. The Affiant had been looking forward to this day for over a year. It left the Affiant truly devastated and heartbroken. The Affiant father passed a year before the graduation of the daughter from high school going to college. The father never got a chance to attend the Affiant graduation or see the Affiant go to college and the Affiant just wanted to make sure that the nephew had the Affiant support.
- The Affiant called American National family (Maurice Johnson, Kristi Schaefer, Willie McGhee, Patti Hall) and were on the phone with the Affiant the whole time while dealing with this matter involving the TSA on Monday September 22, 2014. The Phoenix Secretary of State (602-364-7842) who was informed of the present situation sent two agents to intervene. Two agents David Adams and Roger Skabdahl came down to Terminal 4 Gate A at Phoenix Sky Harbor International Airport and arrived around 11:50 a.m. to access the situation. The agents had copies of my prior and current US passports. They tried to reason with the TSA personnel talking to them for about 1 hour and 30 minutes; however the supervisors were adamant about accepting the US Passport and driver's license. **Here is a question that comes up at times, what happens to someone not having a driver's license or US Passport especially illegal immigrants?** There are procedures in place for this type of situation as there are other forms of id you can use which the Affiant had. The Affiant was not a threat to national security, not carrying any weapons or performing in a hostile way. The Affiant was acting in an honorable manner. The Phoenix state agents checked the id (American National traveler photo card and World Passport) and said that TSA had jurisdiction and that they superseded the Phoenix Secretary of State. The Affiant found that hard to believe when the Phoenix Secretary of State is under the Federal Secretary of State in Washington, DC ran by John F. Kerry, who is Secretary of State.
- In the meantime, the Affiant was inconvenienced, missed my flight and was given several numbers to call in which the Affiant did try to contact a Lisa Christenson who is Customer Support Manager that was supposed to be at the airport but had no success at locating Lisa. American National family faxed and emailed Lisa Christensen a letter (referenced above) about our photo cards and she never responded to either communication. An email was sent to John Pistole (Chief of Police), Nancy Reel (County Attorney) and Mike Casey (City Mayor) hoping that this matter would be resolved and the Affiant can be on my way. However, that did not happen. The Affiant also contacted the Phoenix Attorney General Tom Horne via email and was told to contact the Department of Justice.
- Therefore, speaking with several TSA employees on the phone Virginia ID# 1619951, Jeff ID# 52970, Freda, Josh, Alisha and Ken the results were the same in trying to get clarification about the situation. The Affiant got the same answer from them as to contacting Lisa Christensen, Customer Support Manager. Then, the Affiant was directed down to the lower level from the Information stand of the airport to where Lisa Christenson was supposed to be; however a

person named Scott, Manager of Logistics Terminology said Lisa Christenson was at 410 N. 44th Street, when the Affiant was told she was at the airport at CSM. Why is it that some TSA employees do not know this person or the department she works in? Evidently there is a breakdown in communication when a person-in-charge is supposed to help settle a complaint and you cannot contact them or someone doesn't know who they (Lisa Christensen) are is a concern to me. Lisa Christenson never returned the call and the Affiant left the number as well as the American National family leaving Lisa the number. Scott, Manager of Logistics Terminology who gave the Affiant the number to the front desk of TSA which is 480.375.2600 said to call between 7a.m. and 3p.m. At this point around 4:20 p.m.,

- Monday September 22, 2014 the Affiant is still at the Phoenix Airport not able to board the plane destined for my place of travel because someone decided to not follow procedure by not asking for other types of id **(which are on the TSA website)** or fill out a 'Certificate of Identity.' **'Everyone has the right to leave any country, including his own and to return to his country.'** My unalienable/substantive rights were infringed upon and the Affiant plan to send a **(Notice of Tort Claim)** because as a **private noncitizen traveler my unalienable/substantive rights were violated.**
- The Affiant did nothing wrong nor was the Affiant out of character. After the Phoenix State agents left, the Affiant did not move fast enough out of their area; therefore TSA called four Phoenix policemen in. It took **FOUR** policemen to come over to ask the Affiant to move out of the area. First of all the Affiant felt bullied when only one police person was necessary and when four men approach a female who is honorable and did nothing wrong the Affiant felt threatened. The Affiant also was in fear of seeing each officer with a gun on their hip when there is so much news about policemen shooting innocent citizens. The Affiant was terrified!!!
- After the Affiant was told to leave by four bullied officers; the Affiant stayed inside the airport up until Tuesday September 23rd until Gary, Kristi's friend came to get the Affiant around 4:00 pm. All through Monday from the denial of entry to TSA checkpoint up until Tuesday September 23, 2014 around 2:00 pm the Affiant was on the phone keeping the American National family abreast of what was happening. The Affiant contacted a friend in Harrisburg, Pennsylvania by the name of **NUWAUBU El** <chanaanahel@gmail.com> sometime around 2:30pm to ask him to send the same email the Affiant would send to World Authority Passport, the passport TSA would not accept just in case the email got misdirected. Chanaanahel sent the email around 3:21 p.m. on Tuesday September 23, 2014. The Affiant called World Authority Passport and left a message about being detained by the TSA at Phoenix Sky Harbor International Airport Terminal 4 Gate A. World Passport Agency said they would get back with the Affiant. World Passport Agency were swamped with clients and eventually did get back to the Affiant. World Passport Agency wanted the Affiant to send a letter about what happened to write a letter on behalf of the Affiant.
- When the Affiant left the airport with Kristi's friend Gary drove the Affiant to his home and his family opened their doors of hospitality to me which was such an honorable act. After a good night's sleep, a home cooked meal and good conversation; the Affiant came back around Wednesday September 24, 2014 around 4pm to get another ticket. The Affiant was told in order to have another ticket reissued the Affiant had to pay $745.00. The Affiant said, WHY? The Affiant already paid for a ticket. The ticket person for US Airways told TSA that the Affiant did not have proper id. So TSA flagged the Affiant in the system. The Affiant had proper id it just wasn't the corporate id (driver's license/US Passport). The Affiant told them the TSA detained the Affiant from catching the 12:40 pm flight on Monday September 22, 2014.

- The Affiant left the ticket counter for about forty minutes and called several numbers (Priceline where a ticket was purchased, Traveler's Protection Insurance and US Airways) and everyone the Affiant spoke with would not waive the fee. Also US Airways did not provide any type of hotel or food vouchers for the Affiant. When the Affiant spoke with a rep from US Airways the Affiant was told to call back and as soon as the issue was settled with TSA and the airlines would issue another ticket. At the point the Affiant was **NEVER** told to pay again. When the Affiant came back forty minutes later to purchase a ticket it was $1045.00. It was high due to availability of one seat left. This is where Capitalism was at its best. The Affiant decided to get a ticket for Thursday September 25, 2014 which was $750.80 round off to $751.00 and would leave around 6:30 p.m.   Again the Affiant slept at the uncomfortable Phoenix Sky Harbor International Airport until it was time to go through the general gate. At this time around 2:30 p.m. **there was no TSA personnel at the precheck point so everyone had to come through the general gate.** The TSA agent stopped the Affiant again. The Affiant said, Oh no not going through this again. It was happening all over again. TSA called a lead officer over Maria Cruz who has been a TSR agent for 12 years. You would think that TSA would have gone to the website to be more informed about different ids being accepted, but as usual TSA were still incompetent. Cruz asked for id and the Affiant showed her American National photo card and World Passport. So Cruz goes to check with someone in authority and comes back and said the Affiant cannot go through.
- At this time the Affiant was really trying to keep composure because it was **TRULY, TRULY FRUSTRATING**. The Affiant said, here is lawful government id it just isn't your government corporate id. The Affiant came through Monday and had no problems until it was time for the Affiant to leave through the TSA precheck point to go to NY. Cruz goes to get a supervisor name STSO Ayers # 67347. Ayers sounded like a parrot repeating the same questions about having the US Passport and driver's license that Mariz Cruz asked. Since TSA flagged the Affiant in their system the Affiant truly believes harassment was taking place. **If there was an Academy Award for stupidity the TSA personnel at the Phoenix Sky Harbor International Airport would win unanimously.**
- The Affiant explained to Ayers #67347 as well as Maria Cruz and all the others on Monday that the Affiant was a noncitizen private traveler with a government issued id. It is just not your id that you are used to receiving. Cruz brings a 'Certificate of Identity' the TSA form in which I was told to fill out.  The Affiant had the same exact document notarized but it was not the TSA document. This was the same form one of the members of the American National family got off the TSA website sent it to the Affiant and was carried to Wells Fargo bank to have it notarized on Wednesday September 24, 2014. The Affiant said the notarized document supersede the document in the system. Maria Cruz insisted that the Affiant fill out the document from TSA because Cruz said the document they had was private. How does what Maria Cruz said make sense? **Go figure the same information on the same document. It doesn't take a rocket scientist to figure this one out.** The 'Certificate of Identity' was not given to the Affiant on Monday to fill out; therefore TSA kept me from entering through the checkpoint. If TSA had given the Affiant this document on Monday the Affiant would have been on the plane. But again stupidity on the TSA got in the way of the Affiant leaving and missing the enrollment of the nephew into the dance academy in New York.
- So Maria Cruz, a lead officer called a number to check my id even after the Affiant showed all types of id just like on Monday (even showed Library of Congress, Blue Cross Blue Shield, credit cards which they asked to show however had nothing to do with the id). While Maria was on the phone the Affiant said, 'Who are you talking to?' The Affiant wanted his name, title, phone number, address. Cruz said it was private and could not give to Affiant. So if the Affiant gives



Cruz the private information; therefore the Affiant needed to know who is on the other end receiving it. Cruz still would not give the name of the person on the phone. The Affiant started writing down everything that was being said. Cruz told him that the Affiant was writing down information. Cruz reminded the Affiant of how a child tells on another child being a tattle tale. The Affiant told Cruz that documentation is needed because anyone and say anything. *Cruz was asking questions such as **how long the Affiant lived in the house, date of birth, can the Affiant name another street the resident lived on, is there another person living in the Affiant's household, brother's birthday.*** The Affiant said, what does that have to do with id?' With all of this documentation the Affiant had given earlier( American National traveler photo card, World Passport,  Right to Travel and Nationality cards)  the Affiant still could not go through and remember the two Phoenix Secretary of State agents on Monday with copies of Affiant prior and current US Passport ids still was not acceptable. While talking to the person on the other end Maria asked the Affiant if there was a birth certificate or social security card. The Affiant said who carries those documents when traveling.  The whole time the Affiant was writing Cruz asked was the Affiant taping.  No, the Affiant was not taping. The Affiant wrote because there no witnesses like the Affiant had on Monday while being drilled about the corporate identification.  When Cruz told the person on the other end again the Affiant is writing everything being said and the Affiant said that is correct.
- Cruz said she was talking with someone at a command center for checking ids.  After all this questioning TSA decided to let me go through with a screening.  The Affiant wanted a private screening.  Judy Bassham and Maria Cruz took the Affiant into a private room took all of the clothes out of the suitcase, jewelry, cosmetic case, shoes, removed items from backpack and went through each item.  The Affiant was told by Maria Cruz to take off jacket and shoes.  The female officers also check Affiant hair.  The female officers also swabbed the bottom of Affiant feet with socks on with a brown strip of paper, the palm of Affiant hand, and the inside of Affiant backpack and suitcases checking for hazardous residue. Not knowing what is on that brown strip that was swabbed across Affiant hand; The Affiant could have had an allergic reaction to whatever chemical is on the strip. Thank The Creator that Affiant did not break out into hives. **The female officers did all of this without a search warrant.** According to the **U.S. Constitution Amendment IV** *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probably cause, supported by Oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized."*
- With the precheck ticket Affiant still had to take off shoes, however another person had gone through and female did not remove her shoes and at the time there was still no one at the precheck entrance; therefore people were coming through the general checkpoint with all eyes on the Affiant.  The Affiant was not about to have a screening in public.  It was already embarrassing being treated like a criminal.  Maria told the Affiant that a search would be conducted.  The Affiant did not like the way Cruz conducted the body search and the Affiant felt violated, humiliated, and traumatized behind this.  The Affiant still have dreams at night about this experience.
- There was no evidence of professional conduct except the TSA person by the name of Brian who tried to help me on Monday (the one with common sense). It was as if someone was trying to prove a point using their authority like I mentioned earlier. If these are the kind of people working in this agency then we are in trouble. With all the complaints I have read about the TSA from being rude, asking a mother to pour out baby's milk, falling asleep on the job, ask woman to remove her prosthetic breast, frightening small children, and so forth, then my complaint is just another one added to the list.   The Affiant have used my American National traveler photo



card and World Passport numerous times and have never had a problem until now at the Phoenix Sky Harbor International Airport.   The process the Affiant had to endure was from 2:30 to 4:15 p.m. on Thursday September 25, 20.  The Affiant plane left at 6:30 pm and the Affiant was so happy to leave after the pain and suffering this TSA agency put the Affiant through.
- As an American National the Affiant live by the Seal of The Creator and the International Flag of Peace, therefore come in the name of peace.   The Affiant represent living breathing men and women who stand in the natural law form of common law in a Noble and humble fashion.  As it states in **United States Declaration on the Rights of Indigenous Peoples** for **Article 1** *(Indigenous people have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights and international human rights law)* **Article 2** *(Indigenous people and individuals are free and equal to all other peoples and individuals have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity).*

The affiant further sayeth naught,

*Paulette Williams*



# PUBLIC NOTICE



From: *American National People of the Creator*

---

The American People of the Creator travelling Notice with samples of said private tag/travelers card will follow this lead sheet. The aforementioned tags/cards have been authenticated by the US Dept. of State, Washington DC. They are certified by John F. Kerry, Secretary of State to be under the Seal of the District of Columbia and that such seal **is entitled to full faith and credit.**

See Article IV, Section 1 of the US Constitution as follows:

> "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."

**The Global Record Numbers are as follows:**

**Private Traveller photo card #14051874-13**
**Private tag #  14051874-14**

We ask that your department act in honor and respect and TAKE NOTICE the US Department of State seal and the full faith and credit entitled with this seal at all times. We travel privately and in peace. We are a people of truth and honor. Please forward this NOTICE to all other agencies, employees and departments.

---

We, the spiritual community known as American National people of the Creator, declare according to 28 U.S. Code § 1746 (or certify, verify, or state) under penalty of perjury by the laws for the united States for America, on the real land known as North America, that the foregoing is true and correct. We, also declare according to 22 CFR 131.2 that it is not our intent to use these documents and request for unlawful or improper purposes.

For response/inquiries please contact us via email at: anpc@unseen.is

# Notice of the American National People's Traveller Photo Card and Private Tag

To all to whom these presents shall come, Greetings:

We, the spiritual community of living men and women also known as American National People of the Creator are informing you of our status of private travelers known as non-citizen American Nationals having sent lawful Notices to International, Federal, State and local agencies nationwide informing them of our private Traveller *(or "Grass Roots Diplomat for Peace")* non-citizen national status. As American National's and seekers of Liberty we understand that all men and women are created equal and endowed by their creator with unalienable rights. The Creator endowed Right to TRAVEL FREELY, UNENCUMBERED, and UNFETTERED is guaranteed as a RIGHT and not a mere privilege.

**Therefore, all American National People of The Creator travelling with the enclosed travellers photo cards and private tags, are non-citizen American Nationals.** (See SAMPLES below- *all wording variation apply*)

The aforementioned tags/cards have been authenticated by the US Dept. of State, Washington DC. They are certified by John F. Kerry, Secretary of State to be under the Seal of the District of Columbia and that such seal **is entitled to full faith and credit.** See Article IV, Section 1 of the US Constitution as follows:

> "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof."

**The Global Record Numbers are as follows:**
**Private Traveller photo card #14051874-13**
**Private tag #  14051874-14**

As Living men and women known American Nationals shall be travelling through-out the North American continent and the world with these lawful photo traveler cards and tags backed by full faith and credit of the Dept. of state seal. NOTICE and Notify all subordinate agencies, officers, employees and agents that are with-in your purview that they shall act in honor and respect and NOTICE the US Department of State seal and the full faith and credit entitled with this seal at all times. These documents are to be accepted as legitimate, lawful and therefore enforceable instruments from our spiritual community known as American National People of the Creator.

Your assistance in supporting this peaceful American National spiritual community in achieving its goal of unfettered and unencumbered travel, by providing information and support whenever our Rights are Unlawfully Trespassed against will be considered to be in the highest honor. We travel privately and in peace. By the will of the Creator, So say we all.

Sincerely, *American National People of the Creator*

**TAKE NOTICE OF THESE PRIVATE TRAVELLER PHOTO CARDS AND TAGS (Samples Below) AND ADVISE ALL AGENCIES, OFFICERS AND/OR EMPLOYEES UNDER YOUR DIRECTION THAT THESE ARE AUTHENTICATED AND BACKED BY FULL FAITH AND CREDIT AND ARE TO BE RESPECTED AS PRIVATE, NON-CITIZEN AMERICAN NATIONALS AT ALL TIMES.**

For response/inquiries please contact us via email at: anpc@unseen.is



US Dept. of State Authentication  global record number  14051874-13





US Dept. of State Authentication  global record number  14051874-14

For response/inquiries please contact us via email at: anpc@unseen.is

ANPC c/o Fola E/
2505 Lord Baltimore Drive
Ste. A - PMB #87
Baltimore, Maryland [21244-9998]




7014 0510 0001 8019 8031







RECEIVED
CLERK U.S. DIST. COURT
WICHITA, KANSAS 67202
FEB 06 2015

Clerk's Office
U.S. District Court
401 North Market Street
Wichita, Kansas 67202